Friday, July 01, 2011

Mr. Thomas P. Perkins Jr.
Dallas City Attorney
1500 Marilla Street, Room 7B North
Dallas, TX 75201
Mr. Julius Staev
Law Offices of Julius S. Staev
8144 Walnut Hill Lane, Suite 1080
Dallas, TX 75231

RE: Case Number: 09-0257
 Court of Appeals Number: 05-07-01244-CV
 Trial Court Number: 02-10116-L

Style: CITY OF DALLAS
 v.
 HEATHER STEWART

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Mr. Gary Fitzsimmons |
| |Ms. Lisa Matz |
| |Mr. Frederick Wayne |
| |'Fritz' Quast |
| |Mr. Arturo G. Michel |
| |Mr. Jose Ines Nino |
| |Ms. Donna Lynn Edmundson |
| |Mr. Rance L. Craft |